IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
WILLIAM PARHAM and CHRISTOPHER    *
STEPHENS, on Behalf of            *
Themselves and All Similarly      *
Situated Persons,                 *
                                  *
     Plaintiffs,                  *
                                  *
     v.                           *       CV 119-180
                                  *
KEY FIRE PROTECTION               *
ENTERPRISES, LLC,                 *
                                  *
     Defendant.                   *
```

O R D E R

Pursuant to the Court's August 14, 2020 Order (Order, Doc. 31, at 21), the Parties submitted their Joint Submission Concerning Notice Plan. (Doc. 32.) Upon due consideration, the Parties' Joint Submission Concerning Notice Plan is **APPROVED**. Except as otherwise agreed, Plaintiffs may notify putative conditional class members according to the plan outlined in their brief supporting their motion for conditional certification. (Br. Supp. Mot. for Conditional Certification, Doc. 20-1, at 15.)

**ORDER ENTERED** at Augusta, Georgia, this 9th day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA