IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| WILLIAM PARHAM and CHRISTOPHER STEPHENS, on Behalf of Themselves and All Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>KEY FIRE PROTECTION ENTERPRISES, LLC,<br><br>Defendant. | *<br>*<br>*<br>*<br>*      CV 119-180<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

O R D E R

Before the Court is the Parties' stipulation of dismissal with prejudice. (Doc. 67.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of February, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA